# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PROGRESSIVE CASUALTY INSURANCE
COMPANY

   VS              CASE NO. 3:07cv286-MCR/MD

CRESTVIEW PAINT & BODY INC

## REFERRAL AND ORDER

Referred to Judge Rodgers on <u>04/18/2008</u>
Type of Motion/Pleading <u>MOTION TO MAINTAIN UNDER SEAL COURT RECORDS CONCERNING PROGRESSIVE'S MOTION TO ENFORCE SETTLEMENT</u>
Filed by: <u>PLAINTIFF</u> on <u>4/17/08</u> Doc. No. <u>67</u>
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
           on       Doc. No.    
           on       Doc. No.    
           WILLIAM M. McCOOL, CLERK OF COURT

           <u>*s/Donna Bajzik*</u>
           Deputy Clerk: Donna Bajzik

## ORDER

  Upon consideration of the foregoing, it is ORDERED this 3rd day of June, 2008, that:

  The requested relief is GRANTED.  The documents will remain sealed.


         *s/ M. Casey Rodgers*
         **M. CASEY RODGERS**
         **UNITED STATES DISTRICT JUDGE**